IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES, et al. <br><br> Defendants-Appellants. | No. 24-10832 |

**JOINT MOTION TO HOLD APPEAL IN ABEYANCE**

For the reasons set forth below, the parties jointly request that this Court hold this appeal in abeyance pending issuance of the mandate in *Louisiana v. U.S. Department of Education*, No. 24-30399 (5th Cir.).

1. This case involves claims brought by the State of Texas and two individuals challenging a final rule issued by the Department of Education that makes a variety of amendments to its Title IX regulations. *See Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) (Rule). After the Rule issued, the State of Texas filed this action on April 29, 2024, in the Northern District of Texas. The State, joined by the two individual plaintiffs, then filed an amended complaint and moved for a preliminary injunction against the Rule. The district court granted plaintiffs' motion for a preliminary injunction on July 11,

1

2024, and the United States appealed that order on September 6, 2024. No briefing schedule has been set yet in this appeal.

2. The same day that the State of Texas filed this action, several other states, eventually joined by a number of school boards, filed a similar action in the Western District of Louisiana, *Louisiana v. U.S. Department of Education*, No. 3:24-cv-563 (W.D. La.). And on the following day, a school board in Louisiana filed its own challenge to the Rule. *School Board of Rapides Parish v. U.S. Department of Education*, No. 1:24-cv-567 (W.D. La). The district court in Louisiana consolidated those cases and granted the parties' motions for a preliminary injunction on June 13, 2024, for largely the same reasons as the district court in this case.

The United States appealed that order to this Court on June 24, 2024. *Louisiana v. U.S. Department of Education*, No. 24-30399 (5th Cir.). Briefing will be completed in the *Louisiana* appeal on October 10, 2024. This Court has expedited argument in that appeal, setting the case to be argued on November 4, 2024.

3. Because this appeal and the pending *Louisiana* appeal raise many of the same legal questions about the challenged Rule, and because the *Louisiana* appeal is set for argument in just over a month and will necessarily resolve those legal

questions, the parties jointly ask this Court to hold this appeal in abeyance pending final resolution of the *Louisiana* appeal.

Holding this case in abeyance will preserve judicial and party resources by delaying briefing and consideration of this case until this Court has resolved the common legal issues in the *Louisiana* appeal. In addition, it will prevent different panels of this Court from being presented with the same legal questions in overlapping cases. Finally, plaintiffs will not be prejudiced by delaying resolution of this appeal because the preliminary injunction remains in effect.

## CONCLUSION

For the foregoing reasons, this Court should grant the parties' joint motion and hold this case in abeyance pending issuance of the mandate in *Louisiana v. U.S. Department of Education*, No. 24-30399 (5th Cir.).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

*/s/ Ryan D. Walters*
RYAN D. WALTERS
   *Chief, Special Litigation Division*
   *Office of the Texas Attorney General*
   *P.O. Box 12548 (MC 009)*
   *Austin, TX 78711-2548*

**Counsel For Plaintiff-Appellee State of Texas**

*/s/ Gene P. Hamilton*
GENE P. HAMILTON
   *America First Legal Foundation*
   *611 Pennsylvania Ave. SE #231*
   *Washington, DC 20003*

**Counsel For Plaintiffs-Appellees State of Texas, Daniel A. Bonevac & John Hatfield**

*/s/ Jonathan F. Mitchell*
JONATHAN F. MITCHELL
   *Mitchell Law PLLC*
   *111 Congress Ave., Suite 400*
   *Austin, TX 78701*

**Counsel For Plaintiffs-Appellees Daniel A. Bonevac & John Hatfield**

OCTOBER 2024

BRIAN M. BOYNTON
   *Principal Deputy Assistant Attorney General*

MELISSA N. PATTERSON
 */s/ Jack Starcher*
JACK STARCHER
DAVID L. PETERS
STEVEN A. MYERS
   (202) 514-4332
   *Attorneys, Appellate Staff*
   *Civil Division*
   *United States Department of Justice*
   *950 Pennsylvania Ave., N.W., Rm. 7323*
   *Washington, D.C. 20530*

**Counsel For Defendants-Appellants**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system and that counsel for the parties will be served through that system.

                                                      s/Jack Starcher
                                                      Jack Starcher