# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 22, 2025

Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. David Peters
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jack Starcher
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Elizabeth Murray Tulis
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street

7th Floor
Austin, TX 78701

    No. 24-10832   State of Texas v. USA
                   USDC No. 2:24-CV-86

Dear Mr. Hamilton, Mr. Mitchell, Mr. Myers, Mr. Peters, Mr. Starcher, Ms. Tulis, and Mr. Walters,

Attached is a revised case caption, which should be used on all future filings in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Christina A. Gardner, Deputy Clerk
                                504-310-7684

Case No. 24-10832

State of Texas; Daniel A. Bonevac; John Hatfield,

    Plaintiffs - Appellees

v.

The United States of America; Denise Carter, Acting Secretary, U.S. Department of Education; Department of Education; Catherine Lhamon, in her official capacity as Assistant Secretary for Civil Rights, Department of Education; Randolph Wills, in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education,

    Defendants - Appellants