

January 31, 2025                                                     Via CM/ECF

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, Louisiana 70130

Re: No. 24-10832, *State of Texas v. USA*

Dear Mr. Cayce:

    I write to advise the Court of my withdrawal as counsel for Appellee State of Texas in the above-referenced case, as I have accepted a position within the Office of the Attorney General of Texas in a division that is not handling this litigation. Texas will continue to be represented by Ryan Kercher. This withdrawal will not cause any delay in proceedings.

    Thank you for your assistance in this matter.

                                                      Respectfully submitted,

                                                      */s/Ryan D. Walters*
                                                      Ryan D. Walters
                                                      Deputy Attorney General for Civil
                                                      Litigation

cc: All counsel of record (via CM/ECF)