# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 15, 2025

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

Mr. Jack Starcher
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 24-10832   State of Texas v. USA
                       USDC No. 2:24-CV-86

Dear Mr. Kercher, Mr. Mitchell, Mr. Starcher,

Please disregard the briefing notice issued on this date as briefing will not resume until the mandate issues in our case No. 24-30399, *Louisiana v. EDUC*. This case remains in abeyance.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc:
   Mr. Gene Patrick Hamilton
   Ms. Karen S. Mitchell

Mr. Steven Andrew Myers
Mr. David Peters
Ms. Elizabeth Murray Tulis