# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, et al., <br><br> Defendants-Appellants. | No. 24-10832 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), and Local Rule 42.1, the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

| | Respectfully submitted, |
|---|---|
| **KEN PAXTON** <br> Attorney General of Texas | YAAKOV M. ROTH <br> *Acting Assistant Attorney General* |
| **BRENT WEBSTER** <br> First Assistant Attorney General | MELISSA N. PATTERSON <br> */s/ David L. Peters* <br> JACK STARCHER <br> STEVEN A. MYERS <br> DAVID L. PETERS <br> *Attorneys, Appellate Staff* <br> *Civil Division, Room 7209* <br> *U.S. Department of Justice* <br> *950 Pennsylvania Avenue NW* <br> *Washington, DC 20530* <br> *(202) 514-1673* |
| **RALPH MOLINA** <br> Deputy First Assistant Attorney General | |
| **RYAN D. WALTERS** <br> Deputy Attorney General for Legal Strategy | |
| */s/ Ryan G. Kercher* <br> **RYAN G. KERCHER** <br> Chief, Special Litigation Division <br> Tex. State Bar No. 24060998 <br> Ryan.Kercher@oag.texas.gov <br> Office of the Attorney General of Texas <br> Special Litigation Division <br> P.O. Box 12548, Capitol Station <br> Austin, Texas 78711-2548 <br> Telephone: 512-463-2100 <br> Fax: 512-457-4410 | |
| **COUNSEL FOR STATE OF TEXAS** | |

*/s/ James K. Rogers*
**James K. Rogers**
Senior Counsel
America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
(202) 964-3721
James.Rogers@aflegal.org

**COUNSEL FOR STATE OF TEXAS, DANIEL A. BONEVAC & JOHN HATFIELD**

*/s/ Jonathan F. Mitchell*
**JONATHAN F. MITCHELL**
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
Jonathan@mitchell.law

**COUNSEL FOR DANIEL A. BONEVAC &
JOHN HATFIELD**

# CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

              */s/ David L. Peters*
              David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 28 words, according to Microsoft Word.

*/s/ David L. Peters*
David L. Peters