# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

    No. 24-10832   State of Texas v. USA
                       USDC No. 2:24-CV-86

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc w/encl:
    Mr. Gene Patrick Hamilton
    Mr. Ryan Glen Kercher
    Mr. Jonathan F. Mitchell
    Mr. Steven Andrew Myers
    Mr. David Peters
    Mr. Jack Starcher
    Ms. Elizabeth Murray Tulis