A True Copy
Certified order issued Apr 07, 2025

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals Fifth Circuit
**FILED**
April 7, 2025
Lyle W. Cayce
Clerk

No. 24-10832

_____

STATE OF TEXAS; DANIEL A. BONEVAC; JOHN HATFIELD,

*Plaintiffs—Appellees,*

versus

THE UNITED STATES OF AMERICA; LINDA MCMAHON, *Acting Secretary, U.S. Department of Education*; DEPARTMENT OF EDUCATION; CATHERINE LHAMON, *in her official capacity as Assistant Secretary for Civil Rights, Department of Education*; RANDOLPH WILLS, *in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-86

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 07, 2025, pursuant to the joint motion of the parties.

No. 24-10832

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT